# IN THE SUPREME COURT OF THE STATE OF NEVADA

RENE SHERIDAN,
    Appellant,
   vs.
JOSEPH A. GUTIERREZ; STEVEN G.
KNAUSS; JASON R. MAIER; AND
MAIER GUTIERREZ & ASSOCIATES,
    Respondents.

No. 85003

FILED

JUL 21 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPPEAL*

This is a pro se appeal from a postjudgment order denying a motion to disqualify the trial judge. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Review of the docketing statement and documents before this court reveals a jurisdictional defect. Specifically, the order challenged on appeal is not substantively appealable. This court "may only consider appeals authorized by statute or court rule." *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule authorizes an appeal from the challenged order. *See Gumm v. Mainor*, 118 Nev. 912, 59 P.3d 1220 (2002) (recognizing that to be appealable as a special order after final judgment, the challenged order must affect the rights of a

party growing out of the final judgment). This court lacks jurisdiction and therefore

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Linda Marie Bell
       Rene Sheridan
       Lipson Neilson P.C.
       Eighth District Court Clerk